**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LOPEZ-GOMEZ,

      Plaintiff,

v.                                             CV No. 18-962 GBW/CG

PATTERSON – UTI
DRILLING CO., LLC.,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

    **THIS MATTER** came before the Court on a Rule 16 initial scheduling conference.

Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*,

(Doc. 6), filed November 6, 2018. The Court adopts the *Joint Status Report and*

*Provisional Discovery Plan* as modified by the dates designated in the Court's

*Scheduling Order*, (Doc. 15).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE