**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LOPEZ-GOMEZ,

      Plaintiff,

v.                                          CV No. 18-962 GBW/CG

PATTERSON – UTI
DRILLING CO., LLC.,

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record, and having

conferred with counsel about a mutually-convenient date, time, and location, **IT IS**

**HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday,**

**March 12, 2019 at 2:00p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts,

and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**


_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE