IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOPEZ-GOMEZ,

    Plaintiff,

v.                                              CV No. 18-962 GBW/CG

PATTERSON – UTI
DRILLING CO., LLC.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendant Patterson – UTI Drilling Company, LLC.'s *Stipulated Motion to Extend Defendant's Expert Witness Deadline* ("Stipulated Motion"), (Doc. 27), filed February 22, 2019. In the Stipulated Motion, Defendant states that the parties have agreed to an extension until April 12, 2019 for Defendant to disclose its expert witness. (Doc. 27 at 1).

Having reviewed the Stipulated Motion, the Court finds there is good cause to **GRANT** Defendant's *Stipulated Motion to Extend Defendant's Expert Witness Deadline*, (Doc. 27). **IT IS THEREFORE ORDERED** that Defendant shall disclose its expert witness no later than **April 12, 2019**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE