# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LOPEZ-GOMEZ,

      Plaintiff,

v.                                                       CV No. 18-962 GBW/CG

PATTERSON – UTI
DRILLING CO., LLC.,

      Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the June 11, 2019 settlement conference, where the parties settled this matter, (Doc. 36).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **July 11, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE